# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFP 104 CORP., | : |
| | : Civil Action No. 13-CV-04077- |
| Plaintiff, | : PGS-LHG |
| | : |
| v. | : |
| | : **NOTICE OF MOTION TO** |
| COLUMBIA CASUALTY COMPANY, | : **DISMISS PLAINTIFF'S** |
| | : **COMPLAINT FOR FAILURE** |
| Defendant. | : **TO STATE A CLAIM** |
| | : |
| | : **MOTION DAY: AUGUST 5, 2013** |
| | : |

TO:    Paul E. Breen, Esquire
         Kellie A. Lavery, Esquire
         Reed Smith, LLP
         136 Main Street
         Suite 250
         Princeton, NJ 08540

*PLEASE TAKE NOTICE* that on August 5, 2013 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorney for Defendant, Columbia Casualty Company, will move before the above-mentioned court at the U.S. District Court of New Jersey, in Trenton, New Jersey, for an Order dismissing Plaintiff's Complaint for Failure to State a Claim Upon Which Relief May be Granted.

Columbia Casualty Company requests oral argument be granted pursuant to Local Rule 78.1.

Movant will rely upon the attached Brief and Exhibits in support of this Motion.

Movant has annexed a proposed form of Order.

           Respectfully submitted,

           COLLIAU CARLUCCIO KEENER
           MORROW PETERSON & PARSONS


           By:   s/ Charles G. Carluccio, III
                    Charles G. Carluccio, III
                    1249 South River Road
                    Suite 300A
                    P.O. Box 2000
                    Cranbury, NJ  08512
                    T  (609) 395-5970
                    F  (609) 655-6604
                    *Counsel for Defendant,*
                    *Columbia Casualty Company*

Dated: July 8, 2013