IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFP 104 CORP., <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA CASUALTY COMPANY, <br><br> Defendant. | Civil Action No. 13-CV-04077-PGS-LHG <br><br> **CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM** |

Charles G. Carluccio, III, Esquire, of full age, hereby certifies as follows:

1. I am an attorney licensed in the State of New Jersey.

2. I represent Defendant, Columbia Casualty Company, and am familiar with the facts of this matter.

3. Attached to Defendant, Columbia Casualty Company's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim as Exhibit A is a true and correct copy of Policy No. 4025885185 to which both Plaintiff's complaint and the motion to dismiss make reference.

4. Attached to Columbia Casualty Company's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim as Exhibit B is a true and correct

copy of Plaintiff's complaint to which Defendant's motion to dismiss makes reference.

5.  Attached to Columbia Casualty Company's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim as Exhibit C is a true and correct copy of Governor Chris Christie's Executive Order No. 107 to which both Plaintiff's complaint and the motion to dismiss make reference.

6.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

                                COLLIAU CARLUCCIO KEENER
                                MORROW PETERSON & PARSONS

By:   s/ Charles G. Carluccio, III Charles G. Carluccio, III
      1249 South River Road
      Suite 300A
      P.O. Box 2000
      Cranbury, NJ  08512
      T  (609) 395-5970
      F  (609) 655-6604
      *Counsel for Defendant,*
      *Columbia Casualty Company*

Dated: July 8, 2013