# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

AFP 104 CORP.,                                   :
                                                 :
     Plaintiff,          :  Civil Action No. 13-CV- 04077-
                                                 :  PGS-LHG
                                                 :
v.                                               :
                                                 :
COLUMBIA CASUALTY COMPANY,       :        **ORDER**
                                                 :
     Defendant.         :
_____ :


  The Court has considered Defendant Columbia Casualty Company's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint.  The Court is of the opinion that the Motion should be granted.

  It is therefore ordered that Plaintiff AFP 104 Corp.'s Complaint is dismissed with prejudice to the refiling of the same.


DATE:_____


           _____
           UNITED STATES DISTRICT JUDGE