IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFP 104 CORP., <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA CASUALTY COMPANY, <br><br> Defendant. | Civil Action No. 13-CV-04077-PGS-LHG <br><br> **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that, on July 8, 2013, a true and correct copy of Defendant Columbia Casualty Company's **Notice of Motion to Dismiss, Brief in Support of Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, and Certification of Counsel in Support of Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim** was filed with the Clerk of Court for the District Court of New Jersey and served simultaneously via the Court's ECF system upon the following:

        Paul E. Breen, Esq.
        REED SMITH, LLP
        136 Main Street, Suite 250
        Princeton, NJ 08540
        *Counsel for Plaintiff*

        COLLIAU CARLUCCIO KEENER
        MORROW PETERSON & PARSONS

        s/ Charles G. Carluccio, III
        Charles G. Carluccio, III