# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFP 104 CORP., | : Civil Action No. 13-CV- 04077-<br>: PGS-LHG |
| Plaintiff, | : |
| v. | : |
| COLUMBIA CASUALTY COMPANY, | : **DECLARATION OF DAVID H.**<br>: **TIMMINS IN SUPPORT OF**<br>: **DEFENDANT'S REPLY IN** |
| Defendant. | : **SUPPORT OF ITS MOTION TO**<br>: **DISMISS PLAINTIFF'S**<br>: **COMPLAINT FOR FAILURE**<br>: **TO STATE A CLAIM** |

I, David H. Timmins, declare:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently thereto under oath. I am counsel for Defendant Columbia Casualty Company ("Columbia") and am assisting Columbia with the above-captioned suit. In that capacity, I have personal knowledge of the facts stated in this declaration, and they are true and correct.

2. Exhibit 1 to Columbia's Reply in Support of its Motion to Dismiss is true and correct copies of public advisories issued by the National Weather Service, which were retrieved from www.nhc.noaa.gov/archive/2012/SANDY.shtml and www.hpc.ncep.noaa.gov/tropical/tropical_advisories.php?storm=SANDY&adnum=32&dt on August 12, 2013.

3. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 12, 2013 in Dallas, Texas.

_____
David H. Timmins