## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFP 104 CORP., | : |
| | : |
| Plaintiff, | : Civil Action No. 13-CV-04077- |
| | : PGS-LHG |
| v. | : |
| | : |
| COLUMBIA CASUALTY COMPANY, | : |
| | : **CERTIFICATE OF SERVICE** |
| Defendant. | : |
| | : |

I HEREBY CERTIFY that, on August 12, 2013, a true and correct copy of Defendant Columbia Casualty Company's Reply in Support of its Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim was filed with the Clerk of Court for the District Court of New Jersey and served simultaneously via the Court's ECF system upon the following:

Paul E. Breen, Esq.
REED SMITH, LLP
136 Main Street, Suite 250
Princeton, NJ 08540
*Counsel for Plaintiff*

COLLIAU CARLUCCIO KEENER
MORROW PETERSON & PARSONS

s/ Charles G. Carluccio, III
Charles G. Carluccio, III