IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFP 104 CORP., | Civil Action No. 13-4077-PGS-LHG |
| Plaintiff, | |
| v. | |
| COLUMBIA CASUALTY COMPANY, | **ORDER ADMITTING DAVID H. TIMMINS PRO HAC VICE** |
| Defendant. | |

THIS MATTER having come before the Court by Charles G. Carluccio, Esquire, of Colliau Carluccio Keener Morrow Peterson & Parsons, attorneys for Defendant, Columbia Casualty Company ("Columbia Casualty"), for an Order allowing David H. Timmins, Esquire, to appear and participate pro hac vice; and the Court having considered the moving papers; and there being no opposition to this Motion; and for good cause shown pursuant to Fed. R. Civ. P. 78 and L. Civ. R. 101.1;

IT IS on this 23RD day of SEPTEMBER, 2013 hereby

**ORDERED** that David H. Timmins, Esquire, shall be permitted to appear pro hac vice as counsel for the Defendant, Columbia Casualty Company, in the above-captioned matter pursuant to L. Civ. R. 101.1, in the United States District

Court for the District of New Jersey; provided however, that all pleadings, briefs and other papers filed with the Court shall be signed by a member of the bar of this Court pursuant to L. Civ. R. 101.1(c)(3); it is further

**ORDERED** that Charles G. Carluccio, III, Esquire, an attorney admitted and in good standing with this Court, shall be responsible for said papers and for the conduct of the case and shall be held responsible for the conduct of the attorney admitted pro hac vice pursuant to this Order; it is further

**ORDERED** that David H. Timmins, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) within twenty days from the entry of this Order; it is further

**ORDERED** that David H. Timmins, Esquire shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that David H. Timmins, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE